UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: KENNETH S BALDWIN<br>LINDA M CALLAHAN<br><br>Debtors | ) Case No. 19 B 26622<br>)<br>) Chapter 13<br>)<br>) Judge: DONALD R CASSLING |

**NOTICE OF MOTION**

| | |
|---|---|
| KENNETH S BALDWIN<br>LINDA M CALLAHAN<br>230 D 11TH ST<br>WHEELING, IL 60090 | CUTLER & ASSOC<br>via Clerk's ECF noticing procedures |

Please take notice that on December 19, 2019 at 10:00 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on November 22, 2019.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On September 19, 2019 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtors has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend schedule I - part time Mrs.Wheeling Chamber of Commerce $400 week and Lyft $200 week; amend schedule H - Mr. cosigned for sons financial aid; amend statement of financial affairs - #4/#5 - blank; #27 - show prior Mrs. business information and amend plan - not feasible.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900