Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **19-26622**

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

■ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy     04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_/s/ Kenneth S Baldwin_     _/s/ Linda M Callahan_
**Kenneth S Baldwin**          **Linda M Callahan**
Signature of Debtor 1           Signature of Debtor 2

Executed on 08/19/2020        Executed on 08/19/2020
MM / DD / YYYY                MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1: **Kenneth S Baldwin**
    First Name    Middle Name    Last Name

Debtor 2: **Linda M Callahan**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number: 19-26622
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _(signed)_       X _Linda M Callahan_
Kenneth S Baldwin     Linda M Callahan
Signature of Debtor 1    Signature of Debtor 2

Date 08/19/2020     Date 08/19/2020

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Kenneth | S | Baldwin |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Linda | M | Callahan |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (If known) | 19-26622 | | |

☐ Check if this is an amended filing

## Official Form 107
### Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Kenneth S Baldwin*                              */s/ Linda M Callahan*
Kenneth S Baldwin                                    Linda M Callahan
Signature of Debtor 1                                Signature of Debtor 2

Date  08/19/2020                                     Date  08/19/2020

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)*?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107                      Statement of Financial Affairs for Individuals Filing for Bankruptcy                      page 1
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor 1 | Kenneth S Baldwin |
|---|---|
| Debtor 2 (Spouse, if filing) | Linda M Callahan |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known) | 19-26622 |

Check one box only, as directed in this form and in Form 122A-1Supp

☐ 1. There is no presumption of abuse

■ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

■ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income

04/20

**Part 3:   Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ Kenneth S Baldwin
Signature of Debtor 1
Date 05/19/2020
MM / DD / YYYY

X /s/ Linda M Callahan
Signature of Debtor 2
Date 05/19/2020
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1: **Kenneth S Baldwin**

Debtor 2: **Linda M Callahan**
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): **19-26622**

**Check the appropriate box as directed in lines 40 or 42:**

According to the calculations required by this Statement:

☐ 1. There is no presumption of abuse.

■ 2. There is a presumption of abuse.

■ Check if this is an amended filing

## Official Form 122A - 2
## Chapter 7 Means Test Calculation

04/19

**Part 5: Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ Kenneth S Baldwin
Signature of Debtor 1
Date 08/19/2020
MM / DD / YYYY

X /s/ Linda M Callahan
Signature of Debtor 2
Date 08/19/2020
MM / DD / YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Kenneth S Baldwin | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Linda M Callahan | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number  19-26622
(if known)

■ Check if this is an amended filing

## Official Form 108
### Statement of Intention for Individuals Filing Under Chapter 7                                    12/15

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _(signature)_          X _(signature)_
Kenneth S Baldwin          Linda M Callahan
Signature of Debtor 1     Signature of Debtor 2

Date  08/19/2020          Date  08/19/2020

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**United States Bankruptcy Court**
Northern District of Illinois

In re: Kenneth S Baldwin
Linda M Callahan
Debtor(s)

Case No. **19-26622**
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

Number of Creditors: **21**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 08/19/2020

_Kenneth S Baldwin_
Signature of Debtor

Date: 08/19/2020

_Linda M Callahan_
Signature of Debtor


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com